**SAO**
JOHN C. COURTNEY, ESQ.
Nevada Bar No. 11092
SEBASTIAN F. GAJARDO, ESQ.
Nevada Bar No. 14874
**LBC LAW GROUP**
3215 W. Charleston Blvd., Ste. 120
Las Vegas, NV 89102
info@LBCLawGroup.com
Phone: (702) 608-3030
Facsimile: (702) 463-4443
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MAURICE SULLIVAN, an individual.

Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO ADVANTAGE INSURANCE COMPANY d/b/a GEICO CASUALTY COMPANY, a foreign corporation; DOEX 1-X, and ROES XI-XX.

Defendants.

CASE NO.: 2:19-cv-01378-RFB-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE (FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Maurice Sullivan, by and through his counsel, the LBC Law Group, and Defendants, Government Employees Insurance Company d/b/a Geico Advantage Insurance Company d/b/a Geico Casualty Company ("Defendants"), by and through their counsel, Wade M. Hansard, Esq. of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, as follows:

IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiff to file his Opposition to Defendant's Motion to Dismiss, or in the alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith ("Opposition"), which is currently due on September 3, 2019, be extended to September 10, 2019. Plaintiff requests this extension of time due to his counsel's unforeseen

| | |
|---|---|
| 1 | scheduling conflicts which render timely completion of the Opposition untenable. This is the first |
| 2 | stipulation for extension of time to file an Opposition to the aforementioned motion. This stipulation |
| 3 | is brought in good faith and not for the purpose of delay. |

IT IS SO STIPULATED.

Dated this 3rd day of September, 2019.   Dated this 3rd day of September, 2019.

LBC LAW GROUP

MCCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP

By _____
JOHN C. COURTNEY, ESQ.
Nevada Bar No. 11092
SEBASTIAN F. GAJARDO, ESQ.
Nevada Bar No. 14874
3215 W. Charleston Blvd., Ste. 120
Las Vegas, Nevada 89102
Ph.: (702) 608-3030/Fax: (702) 463-4443
info@lbclawgroup.com
*Attorneys for Plaintiff*

By: ___/s/ Wade M. Hansard___
WADE M. HANSARD, ESQ.
Nevada Bar No. 8104
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
(702) 949-1100/Fax: (702) 949-1101
Email: wade.hansard@mccormickbarstow.com
*Attorneys for GEICO ADVANTAGE erroneously sued and served herein as GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO ADVANTAGE INSURANCE COMPANY d/b/a GEICO CASUALTY COMPANY*

# ORDER

*Based on the Stipulation of the Parties and good cause otherwise appearing, the Court, hereby Orders the following:*

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for Plaintiff's to file their Opposition to Defendant's Motion to Dismiss, or in the alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith ("Opposition"), which is currently due on September 3, 2019, be extended to September 10, 2019.

IT IS SO ORDERED this ___ day of _____, 20___

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 4th day of September, 2019.